IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMIE D. JONES, ) <br> ) <br> Defendant. ) | Criminal Action No. <br> 12-00316-01-CR-W-FJG |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on July 31, 2013. Defendant Jamie Jones appeared in person and with appointed counsel Debra Fickler. The United States of America appeared by Assistant United States Attorney Leena Ramana.

### I. BACKGROUND

On October 17, 2013, an indictment was returned charging defendant with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). A superseding indictment was returned on May 22, 2013, adding a second felon-in-possession charge.

The following matters were discussed and action taken during the pretrial conference:

### II. TRIAL COUNSEL

Ms. Ramana announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is Bryan Jobe, Kansas City Police Department.

Ms. Fickler announced that she will be the trial counsel for defendant Jamie Jones.

### III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Ms. Ramana announced that the government intends to call 12 witnesses without stipulations or 10 witnesses with stipulations during the trial.

Ms. Fickler announced that defendant Jamie Jones intends to call 3 witness during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Ramana announced that the government will offer approximately 30 exhibits in evidence during the trial.

Ms. Fickler announced that defendant Jamie Jones will offer approximately 5 exhibits in evidence during the trial.

## VI. DEFENSES

Ms. Fickler announced that defendant Jamie Jones will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Ms. Fickler stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to prior felony conviction and interstate nexus of firearm.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 1 1/2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That counsel for each party file and serve a list of exhibits she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by July 31, 2013;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, August 7, 2013;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, August 7, 2013. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

### XI. UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated. There are no unusual questions of law.

### XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on August 12, 2013. Ms. Ramana is requesting the second week of the trial docket as she is the case agent in a case set on the first week of the docket due to witness availability.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 31, 2013

---

[1] Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, July 5, 2013. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.